## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**SYLVIA A. ADDISON**                                                                 **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO. 3:15-CV-079-MPM-SAA**

**WINONA MANOR HEALTHCARE, LLC, and**
**AMERICAN ZURICH INSURANCE COMPANY**                                  **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and

Recommendation [7] of the United States Magistrate Judge dated November 24, 2015, was on that

date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service

of said Report and Recommendation; and that no objection thereto has been filed or served by any

party.   The court is of the opinion that the Magistrate Judge's Report and Recommendation should be

approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated

November 24, 2015, is hereby approved and adopted as the opinion of the court.

2. That defendants Winona Manor Nursing Home and American Zurich Insurance Company

are hereby **DISMISSED** without prejudice.

3. That this case is hereby CLOSED.

A separate judgment will be entered this date pursuant to Fed. R. Civ. P. 58.

So ordered, this the 9th day of December, 2015.

                              **/s/ MICHAEL P. MILLS**
                              **UNITED STATES DISTRICT JUDGE**
                              **NORTHERN DISTRICT OF MISSISSIPPI**